CHRISTOPHER SHEA, an Infant, by PATRICK SHEA, His Guardian ad Litem, et al., Appellants, *v.* HARRIS MALKEN, Respondent.

Argued April 16, 1940; decided April 23, 1940.

*Robert Hyman* and *Harry Kupansky* for appellants.
*Louis W. Arnold, Jr.,* for respondent.
Appeal withdrawn.